**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 06-60126-AA |
| | ) | |
| v. | ) | **WAIVER OF INDICTMENT** |
| | ) | |
| JOYANNA L. ZACHER, | ) | |
| aka "Sheba" and "Sabina", | ) | |
| | ) | |
| Defendant. | ) | |

I, JOYANNA L. ZACHER, the above named Defendant, who is accused of

conspiracy to commit arson and destruction of an energy facility, and arson, in violation

of Title 18, United States Code, Sections 371, 844(f), 844(i), 1366(a) and 2, being

advised of the nature of the charge, the proposed information, and of my rights, hereby

waive in open court on the ____9th____ day of November, 2006, prosecution by indictment

and consents that the proceeding may be by information rather than by indictment.

_____11/9/06_____
Date

_____11/9/06_____
Date

_____
JOYANNA L. ZACHER
Defendant

_____
WILLIAM R. SHARP
Attorney for Defendant

Page 1 - **WAIVER OF INDICTMENT**

Dated this___9___ day of _November_, 2006.

Before:_____
Ann Aiken, U.S. District Judge